## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CATHERINE COFFMAN | ) | |
| | ) | |
| Plaintiff, | ) | Case No.1:21-cv-00873-MN |
| | ) | |
| v. | ) | |
| | ) | |
| KNOLL, INC., ROBERTO ARDAGNA, | ) | |
| ANDREW B. COGAN, DANIEL W. | ) | |
| DIENST, STEPHEN F. FISHER, JEFFREY | ) | |
| A. HARRIS, JEFFREY ALAN | ) | JURY TRIAL DEMANDED |
| HENDERSON, RONALD R. KASS, | ) | |
| CHRISTOPHER G. KENNEDY, JOHN F. | ) | |
| MAYPOLE, SARAH E. NASH, and | ) | |
| STEPHANIE STAHL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## <u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL</u>

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),

plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action").  Defendants

have neither served an answer or a motion for summary judgment in the Action.

Dated:  September 22, 2021                    **LONG LAW, LLC**

                                  By:    */s/ Brian D. Long*
                                         Brian D. Long (#4347)
                                         3828 Kennett Pike, Suite 208
                                         Wilmington, DE 19807
                                         Telephone: (302) 729-9100
                                         Email: BDLong@longlawde.com

                                         *Attorneys for Plaintiff*